**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     S.H.R. v. Department of Family and Protective Services

Appellate case number:   01-10-00999-CV

Trial court case number: 0903028J

Trial court:             314th District Court of Harris County

Acting on the Court's own motion, a majority of the Court has voted to grant en banc reconsideration in this case. *See* Tex. R. App. P. 49.7 ("While the court has plenary power, a majority of the en banc court may, with or without a motion, order en banc reconsideration of a panel's decision. If a majority orders reconsideration, the panel's judgment or order does not become final, and the case will be resubmitted to the court for en banc review and disposition.").

The Court requests a response from appellant to be filed with the Clerk of this Court no later than August 27, 2012.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                       Acting for the Court

Date:  August 10, 2012.